Sir,

OCT 16 2017

David J. Bradley, Clerk of Court

Can you please update my address on file

to: Low Security Corr Inst
P.O. Box 999
Butner NC 27509

Name: SAMEH DAWHACH #08257-379

Case # H-12-161-01
Cuivic H-16-3160

Also Can you please mail me an updated docket sheet

Thank you

SAMEH DAWHACH.

Name: Sam H Dowhach   Number: 08257-379
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

◇08257-379◇
Us Dist Court
David J Bradley
PO BOX 61010
Clerk OF THE Court
Houston, TX 77208
United States

77208-101010




RALEIGH NC 275
Research Triangle Region
11 OCT 2017 PM 6 L

OCT 16 2017
David J. Bradley, Clerk of Court